# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

Bedrock Realty Trust et al

    v.                                             Civil No. 09-cv-270-PB

Stewart Title Guaranty Company
of Northern New England, Inc. et al

## O R D E R

The above-referenced complaint was filed by Samuel Bourne, Trustee of the Bedrock Realty on August 10, 2009. It is well settled that a corporation, trust, or any other unincorporated association may not be represented pro se, or be a pro se party, but must be represented by licensed counsel. <u>Palazzo v. Gulf Oil Corp.</u>, 764 F.2d 1381 (11th Cir. 1985); <u>American Metals Service Export v. Ahrens Aircraft</u>, 666 F.2d 718, 719 n.2 (1st Cir. 1981). You are also referred to LR 83.6(c) and LR 83.2(d).

Accordingly, the Trust must have counsel file an appearance by December 3, 2009, or the complaint will be dismissed as to the trust without prejudice.

    **SO ORDERED.**

                                          /s/ James R. Muirhead
                                          James R. Muirhead
                                          United States Magistrate Judge

Date: November 3, 2009

cc: Samuel Bourne, *pro so*
 Edmond J. Ford, Esq.
 Jeanne P. Herrick, Esq.