UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE


<u>Bedrock Realty Trust</u>

        v.                         Civil No. 09-cv-270-PB

<u>Stewart Title Guaranty Company</u>


                              <u>ORDER</u>

        Re: Document No. 20, Motion to Amend 1, and/or Substitute Named Defendant

        Ruling: Granted.  Every substantive reference in the complaint from paragraph 5 to the end alleges matters as to "Stewart Title Guaranty Company" and that is the company which defendant asserts is the right name for the issuer of the title policy. The only references to "Stewart Title Guaranty Company of Northern New England, Inc" in the complaint are in the caption and in non-substantive paragraph 2. No other Stewart Title companies are alleged in the complaint to have done anything and there is no basis to add them as parties. Plaintiffs arguments are without merit.


                                   <u>/s/ James R. Muirhead</u>
                                   James R. Muirhead
                                   U.S. Magistrate Judge

Date: November 5, 2009

cc: Samuel Borne, pro se
    Edmond J. Ford, Esq.
    Jeanne P. Herrick, Esq.