UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Bedrock Realty Trust, et al</u>


    v.                                                    Civil No. 09-cv-270-PB

<u>Stewart Title Guaranty Company, et al</u>


**<u>AMENDED ORDER</u>**

      The Court intended to deny Document No. 20, Motion to Amend

1.   Therefore it amends the order as follows:

      Ruling: Denied. Every substantive reference in the complaint from paragraph 5 to the end alleges matters as to "Stewart Title Guaranty Company" and that is the company which defendant asserts is the right name for the issuer of the title policy. The only references to "Stewart Title Guaranty Company of Northern New England, Inc." in the complaint are in the caption and in non-substantive paragraph 2. No other Stewart Title companies are alleged in the complaint to have done anything and there is no basis to add them as parties. Plaintiff's arguments are without merit.


    **SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: November 6, 2009

cc:   Samuel Borne, pro se
       Edmond J. Ford, Esq.
       Jeanne P. Herrick, Esq.