UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Bedrock Realty Trust</u>
<u>Samuel Bourne</u>

                v.                                 Civil No. 09-cv-270-PB

<u>Stewart Title Guaranty Company, et al</u>


<u>O R D E R</u>


The plaintiff  Bedrock Realty Trust, having failed to comply with Magistrate Judge James R. Muirhead's Orders dated December 29, 2009 and November 3, 2009, is hereby dismissed from this case without  prejudice.

SO ORDERED.



January 15, 2010                          *<u>/s/ Paul Barbadoro</u>*
                                          Paul Barbadoro
                                          United States District Judge


cc:    Samuel Borne, pro se
        Counsel of Record