UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Samuel Bourne</u>

                v.                Civil No. 09-cv-270-PB

<u>Stewart Title Company, et al</u>

ORDER STRIKING DOCUMENT IN ACCORDANCE WITH LOCAL RULE 5.2

DOCUMENT/FILER:   #105, Reply to Objection, filed by Samuel Bourne

DATE FILED:         March 18, 2011

    The document above fails to comply with:

    LR 7.1(e)(2)        Nondispositive motion: reply memorandum is not permitted without prior leave of court.

    It is herewith ordered that the document is stricken, and must be refiled.

    SO ORDERED.

March 22, 2011

                                                /s/ Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

cc:    Matthew Cairns, Esq.
       Edmond Ford, Esq.
       Samuel Bourne, <u>Pro</u> <u>Se</u>