UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Samuel Bourne</u>

        v.                              Civil No. 09-cv-270-PB

<u>Stewart Title Company</u>


<u>O R D E R</u>

On June 9, 2011, I denied Samuel Bourne's Motion for Leave to File a Motion for Relief Under Rule 60. Nonetheless, on June 13, 2011, Mr. Bourne filed a Motion for Relief Under Rule 60 (Doc. No. 132). Based on my June 9, 2011 Order, the Motion for Relief Under Rule 60 shall be deemed stricken and the original pleading returned to the filer.


      SO ORDERED.

                                              */s/ Paul Barbadoro*

June 15, 2011                              _____
                                              Paul Barbadoro
                                              United States District Judge


cc:     Samuel Bourne
          Edmond Ford, Esq.